# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 18, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154552(79)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHN HENRY GRANDERSON,
      Defendant-Appellant.

SC: 154552
COA: 325313
Saginaw CC: 14-039760-FC

_____/

      On order of the Chief Justice, the motion of defendant-appellant to file an application in excess of the page limitation is GRANTED. The 71-page application submitted on October 11, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 18, 2016



Clerk